**1626** WIDNER vs. RAYBORN (Co. Treas., Alpena), No. 13387.

To compel respondent to issue a deed of certain lands, bid in by the State upon sales thereof for taxes, for the purchase of which relator had applied, but before he had made any tender or payment thereon, the parties owning the lands at the time of the tax levy tendered and paid in the amount of the taxes, costs and charges and demanded a deed.

Order to show cause issued, but petition withdrawn at the hearing May 31, 1893.

**1627** BACKUS vs. CARLETON (County Treasurer, Wayne), No. 13753½, 97 M., 624.

To compel respondent to issue to relator a tax certificate provided for by Sec. 135 of Act No. 206, of the Laws of 1893.

Order to show cause denied October 3, 1893, on the ground that as the circuit judge had refused to act upon the application, the application here should be for a mandate to compel him to act.

**1628** BACKUS vs. CARLETON (County Treasurer, Wayne), No. 13937, 99 M., 218. (Certiorari to Wayne.)

To compel respondent to issue to relator a tax certificate under Sec. 135, Act No. 206, Laws of 1893, without the payment of a fee therefor. The circuit judge granted the writ.

Affirmed February 27, 1894, without costs.

**1629** BOARD OF AUDITORS (Wayne) vs. CARLETON (Co. Treas.), No. 13274.

To compel respondent to turn over certain tax abstract books, which had been purchased by relators from a former treasurer, and from which respondent claimed the right to make abstracts as applied for, and to charge a fee therefor, relators having appoint-